# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISIDRO BACA, WARDEN; AND THE
STATE OF NEVADA,
                              Appellants,
                    vs.
STUART FRANK TEMPLETON,
                              Respondent.

No. 72269

FILED

JUN 06 2017

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellants have filed a motion to dismiss this appeal. Cause appearing, the motion is granted. NRAP 42(b). This appeal is dismissed.

It is so ORDERED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Given this order we take no action on respondent's May 19, 2017, "Request for Submission."

17-18756

cc: Hon. James E. Wilson, District Judge
Attorney General/Carson City
Stuart Frank Templeton
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A